UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>26-mj-8089-BER</u>

IN RE COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  */s/ Suzanne Huyler*
   SUSANNE HUYLER
   Assistant United States Attorney
   Court No. A5503350
   500 S. Australian Avenue, Suite 400
   West Palm Beach, FL 33401
   Tel: (561) 209-1013
   Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 26-mj-8089-BER |
| GONZALO CHAJ-LOPEZ, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation |

FILED BY __TM__ D.C.

Feb 2, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by Bruce E. Reinhart
Date: 2026.02.02 14:17:40 -05'00'
*Judge's signature*

City and state:   West Palm Beach, FL          Bruce E. Reinhart, U.S. Magistrate Judge
                                                *Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gonzalo CHAJ-LOPEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about January 27, 2026, Gonzalo CHAJ-LOPEZ was arrested in Palm Beach County, Florida for the charge of failure to appear for case disposition on a state case related to driving under the influence causing property damage or injury and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Gonzalo CHAJ-LOPEZ is a native and citizen of Guatemala. Records further show that on or about July 28, 2006, Gonzalo CHAJ-LOPEZ was ordered removed from the United States. The Order of Removal was executed on or about August 25, 2006, whereby Gonzalo CHAJ-LOPEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Gonzalo CHAJ-LOPEZ re-entered into the United States illegally and was removed and returned to Guatemala on or about October 22, 2019.

6. Records further show that on or about October 4, 2019, in the United States District Court, Southern District of Florida, Gonzalo CHAJ-LOPEZ was convicted of the felony offense of illegal re-entry, in case number 19-80187-CR-DIMITROULEAS.

7. Gonzalo CHAJ-LOPEZ's fingerprints taken in connection with his January 27, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Gonzalo CHAJ-LOPEZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Gonzalo CHAJ-LOPEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Gonzalo CHAJ-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 27, 2026, Gonzalo CHAJ-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Luis Camacho

        Deportation Officer
        Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of January 2026.

Digitally signed by Bruce E. Reinhart
Date: 2026.02.02 14:17:57 -05'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   GONZALO CHAJ-LOPEZ

**Case No**:   26-mj-8089-BER

Count #: 1

Illegal re-entry after deportation

Title 8, United States Code, Section 1326(a) and (b)(1)
* **Max. Term of Imprisonment:** up to 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 3 years
* **Max. Fine:** up to $250,000 and a mandatory $100 special assessment upon conviction

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.